JOHN LAIRD AND ANOTHER, RESPONDENTS, *v.* CYRENIUS C. TOWNSEND, APPELLANT.

*Contract — breach of — measure of damages.*

The rule of damages for the breach, by the seller, of a contract for the sale of merchandise, is the difference between the price agreed to be paid and the market-price thereof at the time and place of delivery. Where, however, the plaintiff had entered into a previous contract with another person for the sale of the same article at a higher price, and the seller was notified of the fact at the time of making his contract, the profit which would have accrued to the plaintiff if the seller had performed his contract, may be recovered as damages. *Booth* v. *Spuyten Duyvil Rolling Mill Co.* (3 N. Y. S. C., 372) followed.

APPEAL from an order made at the Special Term, denying a motion for a new trial made upon a case and exceptions.

This action was brought to recover the damages sustained by the plaintiff through the failure of the defendant to fulfill a contract whereby he had agreed to sell certain wool to the plaintiff. The General Term, after laying down the rule of damages stated above, expressed the opinion that the plaintiff had failed to establish a previous contract for the sale of the wool purchased of the defendant, and reversed the judgment.

*Charles R. King*, for appellant.    *Ch. G. Judd*, for respondents.

Opinion by GILBERT, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Order reversed and new trial granted, costs to abide the event.